FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Felisa C. Miller**  
Debtor(s)

Case No. **15-11777**  
Chapter **13**

## CHAPTER 13 PLAN-AMENDED
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S): (H) **Felisa C. Miller**       S.S.# **xxx-xx-9501**  
(W)       S.S.#  

ADDRESS: **565 Mifflin Ave**  
**Henderson, TN 38340**  

PLAN PAYMENT: Debtor(s) to pay $ **410.00**   (weekly, every two weeks, semi-monthly, monthly)  
PAYROLL DEDUCTION: **NO**   OR (X) DIRECT PAY  
BECAUSE:  
FIRST PAYMENT DATE: **September 2, 2015**  

PLACE OF EMPLOYMENT: **Madison County Sheriff's Office**  
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | (X) Not included in Plan ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
|  | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).  
**Bayview Loan Servicing**   Ongoing pmt. Begin **SEPTEMBER 2015**   $ **413.00**  
Approx. arrearage **2,478.00**   Interest **8.00** %   $ **51.00**

SECURED CREDITORS;  
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| Creditor | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Chrysler Capital** | $ 0.00 | 0.00 % | $ **Surrender** |
| **Furniture World Discount Warehouse** | $ 1,600.00 | 8.00 % | $ 33.00 |
| **Heights Finance Corporation** | $ 3,736.00 | 10.00 % | $ 99.00 |
| **Regional Acceptance Corp.** | $ 0.00 | 0.00 % | $ **Surrender** |
| **Security Finance** | $ 1,495.00 | 10.00 % | $ 38.00 |
| **State Finance** | $ 335.00 | 10.00 % | $ 11.00 |
| **Western Finance** | $ 832.00 | 10.00 % | $ 22.00 |
| **World Finance Co. #1804** | $ 2,308.00 | 10.00 % | $ 55.00 |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay to be determined by the Trustee of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$31,253.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
 **-NONE-**:  
**Assumed Leases**  
 **-NONE-**:  

DEBTOR'S ATTORNEY:  
**Louis W. Ringger 006559**  
**Law Office of Louis W. Ringger**  
**222 West Baltimore, Suite B**  
**Jackson, TN 38301**  
**(731) 421-1501 Fax:(731) 421-1540**